1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ANDRE L. REVIS, | Case No.  1:22-cv-01189-JLT-BAM (PC) |
| 12            Plaintiff, | ORDER CONSTRUING PLAINTIFF'S OBJECTIONS AS A MOTION FOR |
| 13       v. | EXTENSION OF TIME TO FILE OBJECTIONS |
| 14  MOORE, *et al.*, | (ECF No. 17) |
| 15            Defendants. | ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT |
| 16 | (ECF No. 17) |

17

18

19         Plaintiff Andre L. Revis ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

20  rights action pursuant to 42 U.S.C. § 1983.

21         On April 5, 2023, the Court screened Plaintiff's second amended complaint and issued

22  findings and recommendations that this action be dismissed for failure to state a cognizable claim

23  upon which relief may be granted.  (ECF No. 14.)  Plaintiff was directed to file any objections to

24  the findings and recommendations within fourteen days from the date of service.  (*Id.*)

25         On April 18, 2023, Plaintiff filed a request for a thirty-day extension of time to file his

26  objections, explaining that he did not receive the Court's findings and recommendations until

27  April 11, 2023.  (ECF No. 15.)  The Court granted the request on April 19, 2023.  (ECF No. 16.)

28  ///

                                        1

On April 20, 2023, Plaintiff filed a second request for a thirty-day extension of time to file his objections, which was erroneously docketed as his objections to the findings and recommendations.  (ECF No. 17.)

As the Court has already granted Plaintiff an extension of time, the current request is denied as moot.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's objections, (ECF No. 17), are CONSTRUED as a motion for extension of time;

2.  Plaintiff's motion for extension of time, (ECF No. 17), is DENIED as moot; and

3.  Plaintiff's objections to the April 5, 2023 findings and recommendations remain due on or before **May 22, 2023**.

IT IS SO ORDERED.

Dated:   __**April 21, 2023**__                          ___/s/ *Barbara A. McAuliffe*___
                                                         UNITED STATES MAGISTRATE JUDGE